UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2021 JUN -7 PM 1: 28

FILING DEPOSITORY

| | |
|---|---|
| Toi Horn and<br>The ESTATE OF EMMA M. HORN<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION "FANNIE MAE"<br>1100 15th Street, N.W.<br>Washington, DC 20005<br><br>HUGH R. FRATER, CEO<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION "FANNIE MAE"<br>3900 Wisconsin Ave., N.W.<br>Washington, DC 20016<br><br>ORLANS PC<br>1650 West Big Beaver Road<br>Troy, Michigan 48084<br><br>JAMES E. CLARKE,<br>SENIOR EXECUTIVE COUNSEL FOR<br>ORLANS PC<br>1650 West Big Beaver Road<br>Troy, Michigan 48084 and or<br>1602 Village Market Boulevard, S.E.<br>Suite 310<br>Leesburg, Virginia 20175 | **Civil Case No.:**<br>**Jury Trial Demanded**<br><br>Complaint For Fraud<br>and Fraud upon the<br>Court<br><br>Case: 1:21-cv-01545<br>Assigned To : Unassigned<br>Assign. Date : 6/7/2021<br>Description: Pro Se Gen. Civ. (F-DECK) |

1

HUGH J. GREEN                                   :
1602 Village Market Boulevard, S.E.
Suite 310                                       :
Leesburg, Virginia 20175
                                                :
SHANNON MENAPACE
1602 Village Market Boulevard, S.E.             :
Suite 310
Leesburg, Virginia 20175                        :

CHRISTINE M. DREXEL                             :
1602 Village Market Boulevard, S.E.
Suite 310                                       :
Leesburg, Virginia 20175
                                                :
BRIAN THOMAS,
1602 Village Market Boulevard, S.E.             :
Suite 310
Leesburg, Virginia 20175                        :

      Defendants                       :

---

# COMPLAINT AFFIDAVIT

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this case and this venue is appropriate.

2. This court has subject matter jurisdiction over all federal claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), and supplemental jurisdiction over all state law claims pursuant to 28 U.S.C. § 1367.

3. Jurisdiction is proper "other jurisdiction" wherein the Constitution, whereby Judicial Power, SECTION authorizes such out of necessity. The Judicial

4. power shall be vested in one Supreme Court, (who may extend such powers in a Court of Appeals, in District Courts, in County Courts, in Metropolitan Courts), and in such other courts and may be established by positive law i.e. equity, as equity is the law, as equity is everything and law without equity must still render equity.

## PARTIES

5. Comes now, Toi Horn ("Horn") a people of Maryland of sound mind and heir of the ESTATE OF EMMA M. HORN, and the ESTATE OF EMMA M. HORN, hereinafter plaintiff(s), in this court of record and complains of each of the following: Federal National Mortgage Association "Fannie Mae" (a corporation); Hugh R. Frater ("Frater"); ORLANS PC (a corporation); James E. Clarke ("Clarke"); Hugh J. Green ("Green"); Shannon Menapace ("Menapace"); Christine M. Drexel ("Drexel"); Brian Thomas ("Thomas"); hereinafter defendants who are each summoned to answer said action in a plea of trespass, harassment, fraud, and fraud upon the court:

## INTRODUCTION

6. Each defendant exceeded his or her jurisdiction under color of law by either directly, or through an agent, both foreign and/or domestic or in concert with another, did cause plaintiffs property to be unlawfully sold and stolen by using a false fraudulent fake fictitious estate where defendants claimed in "their" false DEED OF APPOINTMNET OF SUBSTITUTE TRUSTEES,

recorded in the Circuit Court Land Records for Prince George's County, Maryland, that "they" were Beneficiaries and the Substitute Trustees of a promissory note where "they" alleged the note was not paid off therefore "they" were seeking repayment by falsely claiming the alleged promissory note was secured by an alleged Deed of Trust. Defendants did falsely fraudulently foreclose and unlawfully sold plaintiffs home in March 2018.

7. Each defendant violated his oath of office. ***Scheuer v. Rhodes,*** 416 U.S. 232, 94S. Ct. 1683, 1687 (1974). The U.S. Supreme Court stated that "when a State officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of the Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

8. This action is to challenge jurisdiction of the defendants named herein.

9. This action is to challenge the false fake estate titled the ESTATE OF EMMA H. HORN.

10. This action is to challenge all false fraudulent documents that were filed in the court records, all false documents mailed to plaintiffs by using the

4

U.S. Postal service, and all documents Defendants have in their possession at their offices that have been concealed from Plaintiffs.

11. This action is to challenge whether defendants had a right to sell the property known and designated as Lot 14, Block G, in a subdivision known as Glenn Estates, as per plat thereof recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP 154, Plat No. 82.
The improvements thereon being known as 10312 GARSON TERRACE.
And generally known as 10312 Garson Terrace, Lanham, Maryland 20706.

12. As documented herein, defendants worked in unison to steal the real property stated herein from plaintiffs by using fraud, false fake documents, and color of law. Defendants did create a false fake estate to steal the property, equity, securities, stock, and trust from Plaintiffs.

## FACTS

13. Emma M. Horn had a Deed of Trust and a promissory Note dated April 23, 2003, please see **Exhibit 1 – AFFIDAVIT.**
14. Emma M. Horn died in May 2015; thereafter, an estate was opened for Emma M. Horn under Estate No. 100174 with the Register of Wills for Prince George's County, Maryland. Before Emma M. Horn passed away, she successfully filed the home in a trust named E&E FAMILY TRUST on February 25, 2015. E&E FAMILY TRUST currently owns the home at issue.
15. The Register of Wills for Prince George's County, Maryland appointed Toi Horn as Personal Representative for the ESTATE OF EMMA M. HORN on June 22, 2015. Toi Horn is the heir of the ESTATE OF EMMA M. HORN.

16. Before Emma M. Horn died, Bank of America was the alleged servicers for an alleged loan. Two months after Bank of America received the death certificate from the Personal Representative for Emma M. Horn's estate, Bank of America mailed Toi Horn a Letter Notice stating that the ESTATE OF EMMA M. HORN's alleged account was PAID IN FULL.

17. The ESTATE OF EMMA M. HORN was published in The Enquirer – Gazette for several weeks to notify ALL alleged creditors that an estate was opened for Emma M. Horn. Toi Horn and the Enquirer Gazette notified all alleged creditors if "they" had a claim against the decedent "they" must serve their claims on the undersigned personal representative or file them with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates: (1) Six months from the date of the decedent's death. (2) Thirty days after the personal representative mails or otherwise delivers to the creditor a copy of the published notice or other written notice. Any claim not served or filed within the time period will be barred and unenforceable thereafter.

18. The defendants failed to file their alleged claims within the time period stated under the Enquirer Gazettes published Notice for the ESTATE OF EMMA M. HORN.

19. The defendants conspired with Seterus, Inc. which was a servicer for "Fannie Mae". Seterus, Inc. went out of business around March 2019 and Nationstar Mortgage, LLC, d/b/a Mr. Cooper bought the company.

20. Defendants along with Seterus, Inc. created a new false estate named the ESTATE OF EMMA H. HORN and claimed that EMMA H. HORN had a Deed of Trust and a promissory Note with them that encumbered the real property known as 10312 Garson Terrace, Lanham, Maryland 20706.
21. Seterus, Inc along with defendants created the false estate two to three months after Emma M. Horn died in May 2015.
22. Toi Horn was so distraught and grieving after her mother died, Emma M. Horn; Toi Horn did not become aware of this fraud until two years later. Toi Horn continued to make payments to a false fake loan account created by Seterus, Inc and Defendants. Not knowing that the false fake loan account was under a fake false estate named Emma H. Horn.

6

23. Seterus, Inc along with Defendants continued to harass Toi Horn to make payments to a false fake loan account for Emma H. Horn. Toi Horn informed Seterus, Inc two years later that she did not know who Emma H. Horn was and informed Seterus, Inc to explain how they were able to change the name title to Emma H. Horn. Seterus, Inc had no answer, instead, they continued their fraud and continued to send Toi Horn Notices for her to make a payment for Emma H. Horn's loan account. The abuse did not stop. This continued for several years.
24. Toi Horn refused to make a payment for a fake false loan account for the name titled the ESTATE OF EMMA H. HORN and Emma H. Horn around November 2017. Toi Horn was in dispute with this false name/estate.

25. On January 17, 2018, ORLANS PC, Federal National Mortgage Association ("Fannie Mae"), James E. Clarke, Hugh J. Green, Shannon Menapace, Christine M. Drexel, and Brian Thomas, known as defendants, filed a false fake DEED OF APPOINTMENT OF SUBSTITURE TRUSTESS in the Circuit Court Land Records for Prince George's County, Maryland.

26. Under the DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES, Defendants claimed that the Federal National Mortgage Association ("Fannie Mae") was the ("Beneficiary") of the holder of a promissory note, repayment of which is secured by a Deed of Trust dated April 28, 2003, from Emma H. Horn and recorded among the land records of Prince George's County, Maryland on May 13, 2003, at Book 17358, Page 620 ("Deed of Trust").
27. The false DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES also states that the Deed of Trust with Emma H. Horn encumbers real property known as – BEING KNOWN AND DESIGNATED as Lot 14, Block G, in a subdivision known as Glenn Estates, as per plat thereof recorded among the Land Records of Prince George's County, Maryland in Plat Book NLP 154, Plat No. 82. The improvements thereon being known as 10312 GARSON TERRACE. And generally known as 10312 Garson Terrace, Lanham, Maryland 20706.
28. The false DEED OF APPOINTMENT also states that "Fannie Mae", is the **(Beneficiary)** does hereby appoint, James E. Clarke, Hugh J. Green, Shannon Menapace, Christine M. Drexel and Brian Thomas as Substitute Trustees, who may act either independently or jointly, under the Deed of

Trust with **EMMA H. HORN**, with identically the same title and estate in and to the land, premises and property conveyed by the Deed of Trust, and with all rights, powers, trusts and duties of the Trustees: prepared by ORLANS PC.

29. After the false DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEES was filed in Land Records at the Circuit Court for P.G. County, Maryland, a Foreclosure Case was immediately filed against the ESTATE OF EMMA H. HORN at the Circuit Court for Prince George's County, Maryland on January 31, 2018 by Defendants under Civil Case No.: CAEF18 - 01811.

30. Within two months of filing the Foreclosure against the ESTATE OF EMMA H. HORN, Defendants proceeded to sell/sale the home by using TRUSTEES' REPORT OF SALE for the false estate titled the ESTATE OF EMMA H. HORN on March 28, 2018 to become unjustly enriched. The court ignored ALL Toi Horn's filings to stop the foreclosure against the false estate and the real property.

31. Toi Horn made an inquiry to the REGISTER OF WILLS FOR PRINCE GEORGE'S COUNTY, MARYLAND about the false estate of Emma H. Horn and the REGISTER OF WILLs, Cereta A. Lee wrote a letter to Toi Horn stating that after her office researched their records about the referenced decedent Emma H. Horn, Ms. Lee's Office could not find any information on this decedent, therefore the decedent Emma H. Horn never existed in Prince George's County, Maryland. The Letter from the Register of Wills is in Toi Horn's possession.

32. Before Defendants stole the home to sell the property, Defendants filed a false Foreclosure Bond No. 166014 in which also stated that the Defendants had a write to sell the Estate of Emma H. Horn because of a Deed, mortgage, or decree under Case No. CAEF18-01811. After the home was sold, two years later, a Judge Robin D. Gill Bright, Ratified the sell on August 12th, 2020.

33. Toi Horn appealed the Ratification of the TRUSTEES' REPORT OF SALE; however, the court will not accept the appeal and is trying to stop Toi Horn from disputing this egregious matter because the Special Appeals Court stated that Toi Horn cannot speak for the trust only an Attorney can speak for the trust. The Appeals court and other federal courts continue to ignore Plaintiffs' plea to dispute and challenge this profoundly serious matter of stealing the real property.

34. To stop Defendants from stealing the home, Toi Horn filed Bankruptcy Chapter 7 Case No.: 18-15871 and filed the ESTATE OF EMMA M. HORN'S alleged loan account under the case; thereafter, the alleged loan account was discharged; however, Defendants continued their agenda after the discharge to take the home claiming that the home was already sold before the discharge.

35. Defendants sold the home by using the fake false name titled the ESTATE OF EMMA H. HORN. Defendants claimed they were the Beneficiaries of a Deed of Trust and Note with Emma H. Horn.

36. As a result of Defendants conduct, Plaintiff, Toi Horn suffered the following:

    a. Pain and suffering including medical treatment and expenses;
    b. Psychological and emotional injury, past and future;
    c. Humiliation, embarrassment, and mental anguish;
    d. Loss of earnings, earning capacity and earning opportunities;
    e. Loss of several businesses and potential earnings;
    f. Costs of defense against the dispute;
    g. Time lost for working on the case 2017, 2018, 2019, 2020, 2021;
    h. Stress, severe anxiety, and depression;
    i. Unable to pay the utility bills for the home because Horn could not work because of mental anguish;

## COUNT I
**Claim for Violation of Plaintiffs' Fifth Amendment Rights**

37. The Defendants acted with reckless and callous indifference to Plaintiff's constitutional rights.
38. The defendants herein, each conspired to obstruct the natural and constitutionally protected rights of Plaintiffs protected rights in violation of 18 USC 242.

39. The defendants herein, did conspire and violate to steal the home from Plaintiffs by filing false documents to become unjustly enriched.

40. The defendants did conspire to stop/deny/violate Plaintiffs to exercise the right to due process by demanding the court to stop mediation and other court proceedings.

## PROPER VENUE

41. This court is the proper venue, because state and state employees are using their positions of authority, under color of law, to impede and obstruct due process of law from Plaintiffs, tamper with evidence. The state employees are infringing on and depriving the people's rights under color of law and violating numerous articles of the Constitution for the United States of America and U.S. code and violation the Maryland constitution.
42. Damages exceed $300,000.00.

## COUNT II

### Harassment

43. Plaintiffs repeat in Paragraphs 15 through 34 as if fully set forth herein.

44. Defendants continued to push their agenda by forcing Toi Horn against her will to be Personal Representative for a false fake estate titled the ESTATE OF EMMA H. HORN.

45. Defendants continued to send mail for 7 years to 10312 Garson Terrace knowing that the ESTATE OF EMMA H. HORN never existed at this address.

46. Plaintiff informed defendants several times to stop sending mail for the ESTATE OF EMMA H. HORN; however, Plaintiff was ignored.

47. Defendants continued to file false claims in U.S. Bankruptcy Court, the U.S. District Court for the District of Maryland, the U.S. Appeals Court.

48. Defendants pushed their agenda for Toi Horn to accept the false fake estate titled the ESTATE OF EMMA H. HORN.

10

## COUNT III

### Fraud

49. Plaintiffs repeat in Paragraphs 1 through 45 as if fully set fourth herein.

50. FRAUD 18 USC 1001 - $10,000.00 for each offense.

51. MAIL THREATS 18 USC 876 - $5,000.00 for each offense.

52. FALSIFICATION OF DOCUMENTS 18 USC 1001 - $10,000.00 for each offense.

53. CONSPIRACY 18 USC 241 - $10,000.00 for each offense.

54. DENIED TRUTH IN EVIDENCE 18 USC 3571 - $250.000.00

55. Defendants filed a false claim under Civil Case No.: CAEF 18 – 01811 located at the Circuit Court for Prince George's County, Maryland.

56. Defendants committed fraud by filing several false sworn and unsworn statements through affidavits and other documents in the court record that resulted in the court granting Defendants to unlawfully foreclose and sale the home.

57. All documents filed by Defendants under court cases must be investigated and examined by a jury.

58. Defendants' fraud caused Plaintiffs' injuries.

59. Defendants stole the equity from the home by using false documents.

60. Defendants stole the equity from Emma M. Horn's securities and stock by using false documents.

61. Defendants stole the equity from the original note of Emma M. Horn by using identity theft.

62. Defendants unlawfully sold the home for $316,000.00 to a Tichi Property,

11

LLC by Hameedullah Virk on March 28, 2018 by using a false fake estate titled the ESTATE OF EMMA H. HORN.

63. Defendants made the courts believe that the false estate of EMMA H. HORN was real, true, and complete.

64. The REGISTER OF WILLS FOR PRINCE GEORGE'S COUNTY, MARYLAND stated in a Letter that the Office could not find any information on the decedent, EMMA H. HORN.

65. For cause of deceiving the court and Plaintiffs by forcing them to accept Emma H. Horn owned a mortgage loan with them.

66. For cause of Plaintiff inundated with paperwork to force Plaintiffs to fight a false claim for more than (3) three years.

67. For cause of nonpayment of shares in stock that was stolen from the ESTATE OF EMMA M. HORN. Defendants concealed the securities from Plaintiffs and remained mute when asked to see the documents.

68. Defendants did give all of Emma M. Horn's equity and shares in stock to the false fake estate titled the ESTATE OF EMMA H. HORN and concealed this information from the Personal Rep. for the ESTATE OF EMMA M. HORN to become unjustly enriched.

69. For cause of fraud and stealing of trust property; Plaintiffs demand their shares in equity from the securities that defendants have hidden.

70. Plaintiffs are entitled to relief of damages in equity and a money judgement for injuries stated herein.

71. For withholding documents from Plaintiffs and shutting the Executrix of the Estate of EMMA M. HORN out of the concealed accounts.

72. For cause of Fraud and Swindle 18 U.S.C. 1341 18 U.S.C. 1341 – Frauds and swindles – "whoever, having devised or intending to devise any scheme of artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use" from Cornell Law School.

73. For cause of action Conspiracy 18 U.S.C. 241 against Plaintiffs – definition – a secret plan by a group to do something unlawful, (penalties $10,000.00 for each action committed).

74. For cause of breach of trust with fraudulent intent and fraudulent representation, Plaintiff prays to this court and to the most high that Plaintiff retain ALL property held in trust.

75. As a direct and proximate result of the actions of the Defendants; Plaintiff, Toi Horn suffered the following:

a. Loss of earnings, earning capacity and earning opportunities;
b. Psychological and emotional injury, past and future;
c. Degradation, humiliation, mental anguish, suffering and embarrassment; and
d. Costs of defense against the false claims that were filed;

## COUNT IV
## Fraud Upon The Court

76. Defendants did file a fraudulent false DEED OF APPOINTMENT OF SUBSTITTUE TRUSTEES in Circuit Court Land Records for Prince George's County, Maryland.

77. Defendants did file a false fraudulent Foreclosure Bond at the Circuit Court for Prince George's County, Maryland under Civil Case No.: CAEF18-01811.

78. Defendants did file a false claim under Civil Case No.: CAEF18-01811 against a fake fraudulent estate titled the ESTATE OF EMMA H. HORN.

79. Defendants did make the courts believe that their false fake documents were true, correct, and complete.

80. Defendants did sale the home for $316,000.00 by using a fake false fraudulent estate titled the ESTATE OF EMMA H. HORN. For the record, this estate never existed in Prince George's County, Maryland.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Toi J. Horn requests actual and punitive damages against the Defendants in the amount of **$1,000,000.00** for personal injury and Plaintiff prays judgement against Defendants, and each of them, as follows:

(a) A declaratory judgement that Defendants conduct violated Plaintiffs' clearly established constitutional rights under the Fifth Amendment to the United States Constitution – "No person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation" and under the Bill of Rights – "No person's (to include infants/minors) property shall be taken, damaged or destroyed for or applied to public use without adequate compensation being made";

(b) A declaratory judgement that the damage and confiscation of real property violated Plaintiffs clearly established constitutional rights under the Fifth Amendment to the United States Constitution and the Privacy Protection Act, 42 U.S.C. § 2000aa;

(c) An award of compensatory damages against Defendants jointly and severally, in an amount to be determines by a jury at trial, for damages Plaintiffs suffered in the form of diminished personal and professional reputation; lost earnings and earning capacity; lost time, physical pain and suffering, including medical treatment and expenses, therefore; psychological and emotional injury; degradation, humiliation, mental anguish, suffering and embarrassment;

(d) an award against the Defendants jointly and severally of actual damages, in an amount to be determined at trial, as suffered by Plaintiff, Toi J. Horn;

(e) Punitive damages in an amount to be determined by a jury trial;

(f) Pursuant to 42 U.S.C. §§ 1988 and 2000aa-6(f), an award of the costs and expenses of prosecuting this action, including reasonable attorney's fees; and

(g) Such other relief that this Court may deem just, proper, and appropriate;

(h) An to recover the equity in the home;

(i) An to recover the equity from the concealed securities for the ESTATE OF EMMA M. HORN;
(j) for Plaintiffs to retain and keep the real property known as 10312 Garson Terrace, Lanham, Maryland 20706 in trust;
(k) to release the ESTATE OF EMMA M. HORN from all debt;
(l) To receive the Certificate of Satisfaction and or a Certificate of Release for the ESTATE OF EMMA M. HORN.

## CERTIFICATION AND CLOSING

1. I declare under penalty of perjury that the foregoing facts are true, correct, and complete to the best of my knowledge for the record. All statements are true and not misleading.

**June 7, 2021**

_Toi J. Horn_
Toi J. Horn, Affiant
c/o 10312 Garson Terrace
Lanham, Maryland [20706]

## JURY TRIAL DEMAND

Plaintiff hereby requests a trial by jury on all paragraphs and counts.

## ACKNOWLEDGEMENT

State of Maryland        )
                         ) ss
County of Anne Arundel   )

Subscribed and sworn to before this agent, Richard McClain Condie, a Notary Public in and for the County of Anne Arundel, State of Maryland, do hereby certify that **Toi J. Horn** personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

WITNESS MY HAND AND NOTARIAL SEAL THIS 7th DAY OF JUNE, 2021.

_Richard McClain Condie_
NOTARY PUBLIC

MY COMMISSION EXPIRES: February 2, 2025

(SEAL)
RICHARD MCCLAIN CONDIE
Notary Public
Anne Arundel County
Maryland
My Commission Expires Feb. 02, 2025

Please serve Defendants.

15

243674

**State of Maryland, Anne Arundel County, Sct.**

**I, SCOTT A. POYER,** Clerk of the Circuit Court for Anne Arundel County, Maryland, a court of record, do hereby certify that **Richard McClain Condie** was a commissioned/appointed and qualified Notary Public commencing on the 13th day of April, 2021.



**In Testimony Whereof,** I have hereunto set my hand and affixed the seal of the court June 7, 2021

*Scott A. Poyer*

**Scott A. Poyer, Clerk**
**Circuit Court for Anne Arundel County, Maryland**

# The Parties to This Complaint

A. **The Plaintiff(s)**
   Name         **Toi Horn**
   Address:   c/o 10312 Garson Terrace
   City:         Lanham
   State:       Maryland
   Zip Code:   20706
   E-mail Address:   toimusic@hotmail.com

   Title:       ESTATE OF EMMA M. HORN
   Address:   c/o 10312 Garson Terrace
   City:         Lanham
   State:       Maryland
   Zip Code:   20706
   E-mail address:   toimusic@hotmail.com

B. The Defendant(s)
   **Defendant No. 1**
      Name:   FEDERAL NATIONAL MORTGAGE ASSOCIATION
                  "FANNIE MAE"
      Title:   a Corporation
      Address:   1100 15th Street, N.W.
                    Washington, DC 20005
      Telephone #:   1-800-232-6643
      **Headquarters Address**: 3900 Wisconsin Avenue, N.W.
                             Washington, DC 20016 – United States

   **Defendant No. 2**
      Name:   Hugh R. Frater, CEO
      Title:    Chief Executive Officer of "FANNIE MAE"
      Address: 3900 Wisconsin Avenue, N.W.
                     Washington, DC 20016 – United States
      Telephone #:   1-800-232-6643
      Email address:   hugh_frater@fanniemae.com

   **Defendant No. 3**
      Name:   ORLANS PC
      Title:    a Corporation owned by Linda Orlans
      Address:   1650 West Big Beaver Road
                     Troy, Michigan 48084
      Telephone #:   248-502-1400
      Email address:   info@orlans.com

Page 1 of 2

**Defendant No. 4**
Name: James E. Clarke
Title: Senior Executive Counsel for ORLANS PC
Address 1: 1650 West Big Beaver Road
Troy, Michigan 48084
Address 2: 1602 Village Market Boulevard, S.E.
Suite 310
Leesburg, Virginia 20175
Telephone #: 248-502-1400

**Defendant No. 5**
Name: Hugh J. Green
Title: Attorney at ORLANS PC
Address: 1602 Village Market Boulevard, S.E.
Suite 310
Leesburg, Virginia 20175

**Defendant No. 6**
Name: Shannon Menapace
Title: Attorney at ORLANS PC
Address: 1602 Village Market Boulevard, S.E.
Suite 310
Leesburg, Virginia 20175

**Defendant No. 7**
Name: Christine M. Drexel
Title: Attorney at ORLANS PC
Address: 1602 Village Market Boulevard, S.E.
Suite 310
Leesburg, Virginia 20175

**Defendant No. 8**
Name: Brian Thomas
Title: works at ORLANS PC
Address: 1602 Village Market Boulevard, S.E.
Suite 310
Leesburg, Virginia 20175